| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Taurus J. Blue** | ) | |
| | ) | |

On July 8, 2015, Taurus J. Blue appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Count 1- Driving While Impaired-Level 2, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Count 2- Resist, Delay, or Obstruct a Police Officer, in violation of 18 U.S.C. § 111, Count 5- Driving While License Suspended, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-28 (a), and Count 6- Resist, Delay, or Obstruct a Police Officer, in violation of 18 U.S.C. § 111, was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on September 15 and October 8, 2015, the court finds as a fact that Taurus J. Blue, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 120 days.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 8th day of October, 2015

_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge